# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM L. COLE

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5689BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's Objections;

The Court adopts the Report and Recommendation;

The Court affirms the ALJ's decision; and

This action is **DISMISSED**.

| | |
|---|---|
| October 6, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |